ALLEN v. MURRAY

No. 302P86.

Case below: 80 N.C. App. 166.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

ANDREWS v. ANDREWS

No. 261P86.

Case below: 80 N.C. App. 337.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

ATHEY v. ATHEY

No. 368P86.

Case below: 80 N.C. App. 559.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by plaintiff and defendant to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986.

BACKER v. GOMEZ

No. 283P86.

Case below: 80 N.C. App. 228.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

BARNA v. EVANS CONSTRUCTION CO., INC. OF RALEIGH

No. 311P86.

Case below: 80 N.C. App. 337.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.